**ORIGINAL**

FILED

01/03/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0241

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0241

TERRY SULLIVAN,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

JAN -3 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until February 3, 2025, to prepare, file, and serve the reply brief.

No further extensions will be granted.

DATED this 3ʳᵈ day of January, 2025.

For the Court,

_____
Chief Justice